**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| JESSIE S. LIRA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No.: 1:16-cv-01030-SAB<br><br>ORDER RE STIPULATION FOR AN EXTENSION OF TIME TO FILE OPENING BRIEF<br><br>(ECF No. 12) |

　　　　Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

　　　　1.　　Plaintiff shall file an opening brief on or before April 20, 2017; and

　　　　2.　　The deadlines in the July 20, 2016 scheduling order shall be extended accordingly.

IT IS SO ORDERED.

Dated:　**March 7, 2017**

　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1